UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CR127 JCH |
| ) | |
| CUEVAS BAN'E COST, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendant Cost's Motion to Suppress (Doc. No. 118). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge Frederick R. Buckles, who filed a Report and Recommendation on July 27, 2011 (ECF No. 201). Defendant Cost filed objections to the Report and Recommendation (ECF No. 208).

The Magistrate Judge recommends that defendant Cost's Motion to Suppress be denied. After de novo review of this matter, this Court adopts the Magistrate Judge's recommendation.

Dated this __12th__ day of August, 2011.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE